Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Jose Alvarado

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO, | ) |
| | ) CASE NO. 4:19-cv-06417-JST |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE OF** |
| | ) **GREGORY P. GOONAN AS LOCAL** |
| MOTHER JONES, LLC, | ) **COUNSEL ON BEHALF OF PLAINTIFF** |
| | ) **JOSE ALVARADO** |
| Defendant. | ) |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gregory P. Goonan of The Affinity Law Group hereby makes a general appearance as local counsel on behalf of plaintiff Jose Alvarado. Mr. Goonan is a member of the California Bar and admitted to practice before this Court. Counsel consents to electronic service of all papers in this case. Counsel's contact information is as follows:

> Gregory P. Goonan
> The Affinity Law Group
> 5230 Carroll Canyon Road, Suite 230
> San Diego, CA  92121
> Tel:  858-412-4296
> Fax:  619-243-0088
> Email:  ggoonan@affinity-law.com

DATED: December 4, 2019         THE AFFINITY LAW GROUP

                                By:  /s/ Gregory P. Goonan
                                     Gregory P. Goonan
                                     Attorneys for Plaintiff
                                     Jose Alvarado

**NOTICE OF APPEARANCE OF GREGORY P. GOONAN AS LOCAL COUNSEL ON BEHALF OF PLAINTIFF JOSE ALVARADO**

2