UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOTHER JONES, LLC,<br><br>　　　　　Defendant. | Case No. 19-cv-06417-JST<br><br>**ORDER TO SHOW CAUSE** |

The Court granted pro hac vice admission to Richard P. Liebowitz, attorney for Plaintiff Jose Alvarado, on October 22, 2019.  ECF No. 8.  It has recently come to the Court's attention that Liebowitz has appeared as counsel in 19 cases in the Northern District within the past year alone.  *See* No. 19-mc-80228, ECF No. 8.  Civil Local Rule 11-3(b)(2) provides that an applicant is not eligible for pro hac vice admission if he "[i]s regularly engaged in the practice of law in the State of California."  Civil L.R. 11-3(b)(2).  Liebowitz is ordered to show cause why his pro hac vice admission should not be revoked pursuant to this rule.

Along with his response, Liebowitz must submit a list of all Northern District of California cases in which he has appeared during the past five years, and, for each case, indicate whether he has sought or obtained pro hac vice admission and describe the role he has played and the type of work he has performed, including whether he appeared at court hearings or signed pleadings or briefs.  Liebowitz's response and supplementary materials are due by April 27, 2020.

**IT IS SO ORDERED.**

Dated: April 16, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge