LIEBOWITZ LAW FIRM, PLLC
Richard Liebowitz (RL-1234)
*(Pro Hac Vice Pending)*
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

THE AFFINITY LAW GROUP
Gregory P. Goonan (Cal Bar # 119821)
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

*Attorneys for Plaintiff Jose Alvorado*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE ALVARADO<br><br>Plaintiff,<br><br>- against -<br><br>MOTHER JONES, LLC<br><br>Defendant. | Case No. 4:19-cv-06417 (JST)<br><br>**DECLARATION OF COUNSEL IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE, DATED 4/16/20**<br><br><u>Judge</u>: Hon. Jon S. Tigar |

I, RICHARD LIEBOWITZ, hereby swear under he penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I respectfully submit this declaration in response to the Order to Show Cause, dated April 16, 2020, entered by the Honorable Jon S. Tigar (U.S.D.J.) (the "OSC").

2. The docket shows that on October 21, 2019, I filed a motion for leave to appear *pro hac vice* [Dkt. #7]   This motion was filed only <u>after</u> Judge Donato's "Order of Disbarment" *In the Matter of Richard P. Liebowitz*, 3:19-mc-802278-JD, which was entered two weeks earlier on October 7, 2019.

**Background of Liebowitz Law Firm, PLLC**

3. I am an attorney licensed to practice in the State of New York and the founding member and principal of Liebowitz Law Firm, PLLC (the "Firm"), which is headquartered in Valley Stream, New York.  The Firm specializes in enforcing the rights of copyright holders against media companies and other outfits which expropriate the intellectual property rights of authors and original creators.

4. Since January 2016, the Firm has filed more than 2300 infringement lawsuits in federal courts of various jurisdictions in an effort to vindicate the public interest and enforce the constitutional and statutory rights of copyright holders.

5. Copyright infringement cases brought by individual copyright holders do more than compensate victims. They secure intellectual property rights from widespread invasion by large corporations, maintain order in society, and promote the Progress of the Sciences and the useful Arts. *See Apple Computer, Inc. v. Franklin Computer Corp.*, 714 F.2d 1240, 1255 (3d Cir. 1983) (public interest can only be served by upholding copyright protections, thus preventing misappropriation of skills, creative energies, and resources invested in protected work); *see also Walt Disney Co. v. Best*, No. 88 Civ. 1595(SWK), 1990 WL 144209, at *4 (S.D.N.Y. Sept. 26, 1990) (one of the primary purposes of the Copyright Act is to "deter future

infringements."); *Energy Intelligence Grp., Inc. v. Kayne Anderson Capital Advisors, LP*, No. CV H-14-1903, 2018 WL 2048896, at *12 (S.D. Tex. May 2, 2018) ("The protection of copyrights is a vindication of the public interest, and the statutory penalty for copyright infringement is intended not just to compensate the copyright owner, but to deter Kayne and others like them from committing copyright infringement."); 3 N$_{IMMER}$ § 14.06[A], at 14–80.

6. Copyright infringement of photographs on-line has become a national epidemic. Northern California is not immune, as there are many companies located in this District which violate the rights of copyright holders.

**Judge Donato's "Order of Disbarment" Does Not Preclude *Pro Hac Vice* Admission**

7. On October 7, Judge Donato entered an "Order of Disbarment" which ordered that I be "removed from the membership roll of the bar of this Court." *In the Matter if Richard P. Liebowitz*, 19-mc080228 (JD) [Dkt. #3]  An application for reconsideration of Judge Donato's Order is currently pending.

8. Significantly, I was never a member of the California State Bar (and therefore not on the membership roll of the bar of this Court).  Moreover, Judge Donato did <u>not</u> preclude me from appearing *pro hac vice* in cases within this District; Judge Donato's order only precludes me from filing cases in this District in the absence of local counsel.

9. An attorney is <u>not</u> required to be a member of this Court in order to appear *pro hac vice*.  As such, Judge Donato's Order should not be a basis for this Court to revoke my *pro hac vice* status.

**I am NOT Engaged in "Regular Practice" in California**

10. I do not reside in California nor am I regularly employed in California.

11. In the Northern District of California, between January 17, 2019 and the present date, I have served as counsel in twenty-one actions (21) on behalf of copyright holders,

seventeen (17) of which involved *pro hac vice* appearances, which is an infinitesimal fraction of the infringement cases filed by the Firm.  A table of cases, as well as the work performed in each case, is attached hereto as <u>Schedule A</u>.

12.   The Court has indicated that I may be "regularly engaged in the practice of law in the State of California" [citing L.R. 11-3(b)(2)] as a result of having appeared in twenty-one actions in the period of less than one-year.  Respectfully, I do not agree that my filings constitute regular engagement in the practice of law in the State of California.  Considering the large volume of cases the Firm files nationwide, 21 cases filed within a year (three of which were transferred from New York) is actually quite *infrequent.*

13.   The Court should also consider that many of the cases filed are simple actions, involving a single photograph of modest value.  The frequency with which our Firm files cases is not to be measured against the frequency with which, for example, Anti-Trust cases are filed.  The Court should therefore take into consideration the nature and type of actions being filed.

14.   The Local Rules do not specify the actual number of cases that may be filed in any given time *pro hac vice* and therefore it would be inequitable to strike my prior *pro hac vice* admissions or refuse to accept any future motions to appear *pro hac vice*.  If the Judicial Committee seeks to revise the Local Rules to place numerical limitations on the number of cases that may be filed by an out-of-state attorney within any given month, I would fully and faithfully comply with such Rules.  But as it stands, there are no fixed parameters or limitations on the number of cases that may be filed in a given time period.

15.   Accordingly, I respectfully request that the Court decline to revoke my prior *pro hac vice* admission. Plaintiff also respectfully requests that the Court decline to revoke my *pro hac vice* admission in this case.

Dated: Valley Stream, New York

April 27, 2020

                              LIEBOWITZ LAW FIRM, PLLC

                              By: /s/richardliebowitz

                              Richard Liebowitz (RL 8605)
(*Admitted Pro Hac Vice*)
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com