**SCHEDULE A: CASES FILED BY RICHARD LIEBOWITZ in N.D. CAL (2019-Present)**

| # | Case | PHV Admitted | PHV Revoked | Date Filed | Signed Pleadings / Motions |
|---|---|---|---|---|---|
| 1 | Adlife Marketing & Communications Company, Inc. v. Popsugar Inc 5:2019cv00297 | n/a | n/a | 1/17/19 | Signed and filed complaint (filed in NYC); name appeared along with local counsel on all other filings |
| 2 | Zlozower v. Amoeba Music Inc. 4:2019cv04701 | 10/3/19 | n/a | 8/12/19 | Signed and filed initial complaint; signed notice of settlement |
| 3 | Singer v. Pixel Labs, Inc. 5:2019cv04753 | n/a | n/a | 8/13/19 | Signed and filed initial complaint; signed notice of settlement |
| 4 | Chevrestt v. SFG Media Group, LLC 5:2019cv04826 | n/a | n/a | 8/14/19 | Signed and filed initial complaint; signed notice of settlement |
| 5 | Parisienne v. Gatechina, Inc. 3:2019cv04827 | 10/4/19 | n/a | 8/14/19 | Signed and filed initial complaint and amended complaint; signed opposition to defendant's motion for administrative relief seeking clarification regarding Liebowitz's PHV status name appeared on other filings w/ local counsel; signed response to order to show cause [Dkt. #26] |
| 6 | Harbus v. B3 Media, LLC 4:2019cv04829 | 10/4/19 | n/a | 8/14/19 | Signed and filed initial complaint; signed notice of settlement (no local counsel) |
| 7 | Verch v. 121 Silicon Valley, Inc. 3:2019cv05098 | 10/14/19 | 11/18/19 | 8/17/19 | Signed and filed initial complaint; signed and filed opposition to administrative motion to revoke PHV status [Dkt. #17]; signed and filed status letter [Dkt. #24] |
| 8 | Verch v. Duetto | 11/25/19 | n/a | 8/17/19 | Signed and filed initial |

| # | Case | PHV Admitted | PHV Revoked | Date Filed | Signed Pleadings / Motions |
|---|---|---|---|---|---|
| | Research, Inc. 5:2019cv05099 | | | | complaint; signed opposition to filing of amicus brief [Dkt. #17] along with local counsel |
| 9 | Tabak v. ABS-CBN International 4:2019cv05202 | 10/4/19 | n/a | 8/20/19 | Signed and filed initial complaint; signed consent to magistrate judge; signed notice of settlement; signed stipulation of settlement |
| 10 | Seidman v. Shareably Media, LLC 5:2019cv05233 | 10/4/19 | n/a | 8/22/19 | Signed and filed initial complaint; signed notice of settlement; signed stipulation of settlement |
| 11 | Westerkamp v. National Association of Social Workers 4:2019cv05423 | 10/22/19 | 10/29/19 | 8/28/19 | Signed and filed initial complaint; signed motion for extension to file answer |
| 12 | Santos v. Los Angeles Times Communications LLC 3:2019cv05424 | 10/3/19 | n/a | 8/28/19 | Signed and filed initial complaint; signed declaration re: compliance with Judge Donato's order [Dkt. #23]; signed notice of settlement [Dkt. #27] |
| 13 | Zharkov v. 3DBIN, Inc. et al 4:2019cv05616 | 10/30/10 | n/a | 9/5/19 | Signed and filed initial complaint; signed motion to continue initial conference [Dkt. #17]; signed motion for entry of default [Dkt. #21] signed motion for entry of default judgment [Dkt. #24] along with local counsel |
| 14 | Stokes v. Moby Dick Bar 4:2019cv05743 | 10/7/19 | n/a | 9/12/19 | Signed and filed initial complaint; signed notice of Judge Donato's order; signed to response to OSC [Dkt. # 24]; signed motion to appear telephonically [Dkt. # 25]; signed ADR |

| # | Case | PHV Admitted | PHV Revoked | Date Filed | Signed Pleadings / Motions |
|---|---|---|---|---|---|
| | | | | | certification [Dkt. #29]; signed stipulation of settlement [Dkt. #35] |
| 15 | Kuhmstedt v. Livingly Media, Inc. 4:2019cv05858 | 10/4/19 | 10/29/19 | 9/19/19 | Signed and filed initial complaint; signed response to order to show cause re: PHC status [Dkt. #12] |
| 16 | Johnson v. Historic Railroad Square Association 5:2019cv05859 | 10/22/19 | n/a | 9/19/19 | Signed and filed initial complaint; signed and file notice of settlement and dismissal [Dkt. #13] |
| 17 | Masi v. The Young Turks, Inc. 3:2019cv06099 | 1/8/20 | n/a | 9/25/19 | Signed and filed initial complaint; signed notice of settlement; signed response to order to shw cause [Dkt. #10]; signed notice of dismissal [Dkt. #20] |
| 18 | Alvarado v. Mother Jones, LLC 4:2019cv06417 | 10/22/19 [Dkt. #8] | n/a | 10/7/19 | Signed and filed initial complaint; name appeared on other filing along w/ local counsel |
| 19 | Geerds v. San Francisco Bay View Inc. 4:2019cv06465 | n/a | n/a | 10/8/19 | Signed and filed initial complaint; filed affidavit of service, signed and filed motion for entry of default [Dkt. # 18] and motion to continue initial conference [Dkt. #19]; signed opposition to administrative motion [Dkt. #24] |
| 20 | Hames v. The Roxie Theater 3:2019cv06499 | 10/28/19 | n/a | 10/9/19 | Signed and filed initial complaint; signed notice of settlement [Dkt. #18] |
| 21 | Paunonen v. VAAS 4:2019cv06295 | 11/8/19 [Dkt. #15] | n/a | 4/17/19 | Signed and filed initial complaint; signed notice of settlement [Dkt. #21] |